DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Defendants
By: DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers St, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2689
Email: danielle.marryshow@usdoj.gov


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and ADAM GOLDMAN, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendant. | Civil Action No. 24-07370 (AKH) |

## ANSWER

Defendant, the Federal Bureau of Investigation ("FBI"), by its attorney, Damian

Williams, United States Attorney for the Southern District of New York, hereby answers

Plaintiffs' Complaint, ECF No. 1. Defendant denies each allegation of the Complaint not

expressly admitted in its Answer and admits, denies, or otherwise responds to the numbered

paragraphs of the Complaint as follows:

1.      Paragraph 1 contains Plaintiffs' characterization of this action and Plaintiffs' FOIA

requests to which no response is required. To the extent a response is required, Plaintiffs purport

to bring this action under the FOIA, and that Plaintiffs submitted two FOIA requests dated August

16, 2024 and August 19, 2024, which speak for themselves and are the best evidence of their contents. Defendant respectfully refers the Court to the August 16, 2024 and August 19, 2024 FOIA requests and denies the allegations to the extent they are inconsistent with the requests.

## PARTIES[1]

2.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.      Defendant denies that the FBI is an agency within the meaning of 5 U.S.C § 552(f)(1) but admits that the FBI is a component of the Department of Justice and is subject to the requirements of the FOIA.  As to the remaining allegations of this paragraph, Defendant avers that its search for records responsive to Plaintiffs' FOIA request is ongoing and thus Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations.

## JURISDICTION AND VENUE

5.      Paragraph 5 contains Plaintiffs' statement of jurisdiction, to which no response is required.

6.      Paragraph 6 contains Plaintiffs' statement of venue, to which no response is required.

7.      Paragraph 7 contains Plaintiffs' characterization of the cited statute, to which no response is required.  Defendant respectfully refers the Court to the cited statute for a full and accurate statement of its contents.

---

[1] For ease of reference, Defendant refers to Plaintiffs' headings and titles, but to the extent those headings could be construed to contain factual allegations, those allegations are denied.

8.    Paragraph 8 contains Plaintiffs' characterization of the cited statute, to which no response is required.  Defendant respectfully refers the Court to the cited statute for a full and accurate statement of its contents.

9.    Paragraph 9 contains Plaintiffs' legal conclusions, to which no response is required.

## BACKGROUND

10.    Paragraph 10 consists of Plaintiffs' characterization of factual allegations unrelated to Plaintiffs' legal claims under FOIA, to which no response is required.

11.    Paragraph 11 consists of Plaintiffs' characterization of factual allegations unrelated to Plaintiffs' legal claims under FOIA, to which no response is required.

12.    Paragraph 12 consists of Plaintiffs' characterization of factual allegations unrelated to Plaintiffs' legal claims under FOIA, to which no response is required.

13.    Paragraph 13 consists of Plaintiffs' characterization of factual allegations unrelated to Plaintiffs' legal claims under FOIA, to which no response is required.

14.    Paragraph 14 consists of Plaintiffs' characterization of factual allegations unrelated to Plaintiffs' legal claims under FOIA, to which no response is required.

15.    Paragraph 15 consists of Plaintiffs' characterization of factual allegations unrelated to Plaintiffs' legal claims under FOIA, to which no response is required.

16.    Defendant admits that the FBI received a FOIA request from Plaintiffs, dated August 19, 2024.  The same information was requested by the same Plaintiffs on August 16, 2024. The FOIA requests speak for themselves and are the best evidence of their contents. Defendant respectfully refers the Court to the August 16, 2024 and August 19, 2024 FOIA requests and denies the allegations to the extent they are inconsistent with the requests.

17.     Defendant admits the allegations in this paragraph and respectfully refers the Court to the cited correspondence for a full and accurate statement of its contents.

18.     Defendant admits that it has not sent a final determination to Plaintiffs regarding the requested records, but avers that on August 23, 2024, Defendant sent a letter to Plaintiffs denying their request for expedited processing.

## CAUSE OF ACTION (5 U.S.C. § 552)

19.     Defendant incorporates its responses to paragraphs 1-18 as if set fort fully herein.

20.     Defendant denies that the FBI is an agency within the meaning of 5 U.S.C § 552(f)(1) but admits that the FBI is a component of the Department of Justice and is subject to the requirements of the FOIA.  The remaining allegations in this paragraph contain Plaintiffs' legal conclusions, to which no response is required.

21.     Paragraph 21 contains Plaintiffs' legal conclusions, to which no response is required.

22.     Paragraph 22 contains Plaintiffs' legal conclusions, to which no response is required.

23.     Paragraph 23 contains Plaintiffs' legal conclusions, to which no response is required.

24.     Paragraph 24 contains Plaintiffs' legal conclusions, to which no response is required.

## REQUEST FOR RELIEF

The remaining portions of the Complaint contain Plaintiff's request or prayer for relief to which no response is required. To the extent that a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## AFFIRMATIVE AND OTHER DEFENSES

Any allegations not specifically admitted, denied, or otherwise responded to are hereby denied.  In further response to the Complaint, Defendant raises the following defenses.  Defendant respectfully reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to Defendant throughout the course of this litigation.

## FIRST DEFENSE

This Court lacks subject matter jurisdiction over any of Plaintiff's requests for relief that exceed the relief authorized by FOIA.

## SECOND DEFENSE

Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions of the FOIA or any other federal law.

## THIRD DEFENSE

Defendant's actions did not violate the FOIA or any other statutory or regulatory provision.

## FOURTH DEFENSE

Plaintiff is neither eligible for nor entitled to attorney's fees or costs in this matter.

## FIFTH DEFENSE

Defendant has not improperly withheld records requested by Plaintiff under FOIA.

## SIXTH DEFENSE

Defendant has exercised due diligence in processing Plaintiffs' FOIA request, and exceptional circumstances exist that necessitate additional time for Defendant to complete processing of the Plaintiffs' FOIA requests.

Dated:    New York, New York              Respectfully submitted,
             November 8, 2024

                                              DAMIAN WILLIAMS
                                              United States Attorney for the
                                              Southern District of New York
                                              Attorney for Defendant

                              By:     */s/ Danielle J. Marryshow*
                                              Danielle J. Marryshow
                                            Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: 212-637-2689
                                            e-mail: danielle.marryshow@usdoj.gov