UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
THE NEW YORK TIMES COMPANY and
ADAM GOLDMAN,

                       Plaintiffs,

      -against-

FEDERAL BUREAU OF INVESTIGATION,

                       Defendant.
-------------------------------------------------------------- x

**SCHEDULING ORDER**

24 Civ. 7370 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for a status conference on January 17, 2025, at 10:00 a.m. The conference will be conducted by telephone via the following call-in number:

      **Call-in number: 646-453-4442**

      **Conference ID: 227 985 09#**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

      Finally, no later than January 14, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated: November 13, 2024
New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge