UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
THE NEW YORK TIMES COMPANY, *et al.*

                      Plaintiffs,

-against-

FEDERAL BUREAU OF INVESTIGATION,

                      Defendants.
-------------------------------------------------------------- x

**SCHEDULING ORDER**

24 Civ. 7370 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for a status conference on Friday, February 7, 2025, at 10:00 a.m., which will be held via the following call-in number:

      **Call-in number: 646-453-4442**

      **Access code: 156 691 803#**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

      Finally, no later than February 3, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

      SO ORDERED.

Dated:    January 14, 2025                      /s/ Alvin K. Hellerstein
            New York, New York             ALVIN K. HELLERSTEIN
                                                           United States District Judge