

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 3, 2025

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *The New York Times Company et al. v. FBI*, 24 Civ. 7370 (AKH)

Dear Judge Hellerstein:

This Office represents the Federal Bureau of Investigation (the "FBI or "Government") in the above-referenced action brought by the New York Times Company and Adam Goldman ("Plaintiffs") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

We write to respectfully request that the Court adjourn the initial conference currently scheduled for February 7, 2025 at 10:00am to any time after 12:00pm that is convenient for the Court on that day or any date thereafter. The reason for this request is that the undersigned has an in-person court appearance on February 7, 2025 at 10:00am, and will accordingly be unable to attend the conference. This is the second request for an adjournment of the initial conference. The previous request was granted. Plaintiffs consent to this adjournment request.

We thank the Court for its consideration of this matter.

Respectfully,

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

By:   /s/ Danielle J. Marryshow
DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2689
danielle.marryshow@usdoj.gov

cc: Counsel for Plaintiffs (By ECF)

---

*Handwritten annotation by Judge:* The conf. is adjourned until February 14, 2025 at 10:00am. The conf. will be remote. /s/ Alvin K. Hellerstein 2/3/2025