UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

THE NEW YORK TIMES CO., et al.,
Plaintiffs,

-against-

FEDERAL BUREAU OF INVESTIGATION,
Defendant.

---------------------------------------------------------- x

**SCHEDULING ORDER**

24 Civ. 7370 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties are hereby ordered to appear for a status conference on Friday, May 16, 2025, at 10:00 a.m., which will be held via the following call-in number:

**Call-in number: 646-453-4442**

**Access code: 702 317 591#**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

Finally, by May 13, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

SO ORDERED.

Dated: March 25, 2025
New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge