

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 8, 2025

**So ordered. The status conference scheduled for May 16, 2025 is adjourned to July 11, 2025, at 10:00 a.m.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**5/9/2025**

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *The New York Times Company et al. v. FBI*, 24 Civ. 7370 (AKH)

Dear Judge Hellerstein:

This Office represents the Federal Bureau of Investigation (the "FBI or "Government") in the above-referenced action brought by the New York Times Company and Adam Goldman ("Plaintiffs") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

We write to respectfully request that the Court adjourn the currently scheduled May 16, 2025 conference to a date that is convenient for the Court the week of July 7, 2025 or any date thereafter. The reason for this request is that the Government anticipates making its first release of responsive non-exempt materials to Plaintiff on June 30, 2025, and the parties will not know whether they will have any disputes to raise with the Court until after the Government has made this release. This is the first request for an adjournment of this conference. Plaintiffs consent to this adjournment request.

We thank the Court for its consideration of this matter.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    /s/ Danielle J. Marryshow
DANIELLE J. MARRYSHOW
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2689
danielle.marryshow@usdoj.gov

cc: Counsel for Plaintiffs (By ECF)