UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and ADAM GOLDMAN, Plaintiffs, v. FEDERAL BUREAU OF INVESTIGATION, Defendant. | No. 24-cv-07370-AKH |

**MOTION TO WITHDRAW AS ATTORNEY**

PLEASE TAKE NOTICE that Timothy Tai respectfully moves to withdraw as counsel for Plaintiffs, The New York Times Company and Adam Goldman, in the above-captioned action. Plaintiffs will continue to be represented by Al-Amyn Sumar and David E. McCraw of The New York Times Company, who have appeared in this action.

Dated: August 8, 2025

*/s/ Timothy Tai*
Timothy Tai
The New York Times Company
Legal Department
620 8th Avenue
New York, NY 10018
Phone: (212) 556-1244
Fax: (212) 556-4634
timothy.tai@nytimes.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Local Civil Rule 1.4(b), I certify that on August 8, 2025, I caused the foregoing document to be served electronically upon all parties by filing it through the Court's CM/ECF system.

*/s/ Timothy Tai*
Timothy Tai