UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
THE NEW YORK TIMES CO., *et al.*  :
                Plaintiffs,  :
                                                                         :  **SCHEDULING ORDER**
     -against-  :
                                                                         :  24 Civ. 7370 (AKH)
FEDERAL BUREAU OF INVESTIGATION  :
                                  Defendant.  :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a status conference on Friday, September 19, 2025, at 10:00 a.m., which will be held via the following call-in number:

       **Call-in number: 646-453-4442**

       **Access code: 161 937 728 #**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

       Finally, by September 16, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

       SO ORDERED.

Dated:    August 25, 2025                          _____/s/ Alvin K. Hellerstein_____
            New York, New York               ALVIN K. HELLERSTEIN
                                                                    United States District Judge