

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

September 15, 2025

**By ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *The New York Times Company et al. v. FBI*, 24 Civ. 7370 (AKH)

Dear Judge Hellerstein:

      This Office represents the Federal Bureau of Investigation (the "FBI or "Government") in the above-referenced action brought by the New York Times Company and Adam Goldman ("Plaintiffs") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

      We write on behalf of the parties to respectfully request that the Court adjourn the currently scheduled September 19, 2025 conference to a date that is convenient for the Court the week of December 1, 2025 or any date thereafter. The reason for this request is that while the Government has completed its release of FBI responsive materials to Plaintiffs, there were a number of documents that FBI referred to other agencies for consultation. While the FBI is still waiting for additional records to return from agency consultation, some of those documents have already returned, and the Government intends to release those documents to Plaintiffs in November. The parties believe that it would be most efficient to raise any issues with the Court after those materials have been released. This is the first request for an adjournment of this conference.

      We thank the Court for its consideration of this matter.

**The status conference scheduled for September 19, 2025 is adjourned to Friday, December 12, 2025, at 10:00 a.m. SO ORDERED.**
**/s/ Alvin K. Hellerstein, U.S.D.J.**
**9/15/2025**

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   /s/ Danielle J. Marryshow
      DANIELLE J. MARRYSHOW
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, NY 10007
      Tel: (212) 637-2689
      danielle.marryshow@usdoj.gov

cc: Counsel for Plaintiffs (By ECF)