```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
THE NEW YORK TIMES COMPANY and                               :
ADAM GOLDMAN,                                                :       ORDER REGULATING
                                                             :       PROCEEDINGS
                              Plaintiffs,                    :
                                                             :       24 Civ. 7370 (AKH)
         -against-                                           :
                                                             :
FEDERAL BUREAU OF INVESTIGATION,                             :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties met on January 9, 2026 for a telephonic status conference. It is agreed that Defendant shall endeavor to complete the final document production by February 27, 2026.

        The parties shall appear for a status conference on March 13, 2026 at 10 a.m. The conference will be held via the following call-in number:

        **Call-in number: 646-453-4442**

        **Access code: 304 355 189#**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

        Finally, no later than March 10, 2026, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    January 9, 2026                              /s/ Alvin K. Hellerstein
             New York, New York                   ALVIN K. HELLERSTEIN
                                                  United States District Judge