UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY and ADAM GOLDMAN, | X : |
| Plaintiffs, | : |
| v. | : No. 1:24-cv-07370 |
| FEDERAL BUREAU OF INVESTIGATION, | : |
| Defendant. | : X |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on September 30, 2024, plaintiffs The New York Times Company and Adam Goldman (together, "The Times") filed the above-captioned suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking the release of records from the Federal Bureau of Investigation ("FBI") in connection with a FOIA request for the same records, dated August 19, 2024 (the "FOIA Request");

WHEREAS, the FBI has produced certain records in response to the FOIA Request; and

WHEREAS, The Times now wishes voluntarily to discontinue this action;

IT IS NOW STIPULATED TO AND AGREED by and between the parties as follows:

1.      The Complaint shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) without costs and without attorneys' fees or conferral of prevailing party status pursuant to FOIA or any other federal statute.

2.      The Times agrees to withdraw the FOIA Request from further processing by the FBI, and to dismiss with prejudice any claims that it now has or may hereafter acquire against the FBI arising out of the FOIA Request.

3.      Nothing in this Stipulation affects, or shall be construed to affect, the rights of The Times to pursue further release of information or documents from the FBI or any other agency through other FOIA requests.

4.      The parties understand and agree that this Stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.


Agreed to by:

Dated: March 12, 2026
       New York, New York


THE NEW YORK TIMES COMPANY

By: /s/ *David E. McCraw*
David E. McCraw
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Email: mccraw@nytimes.com

*Counsel for Plaintiffs*


JAY CLAYTON
United States Attorney
Southern District of New York

By: /s/ *Danielle Marryshow*
Danielle Marryshow
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Phone: (212) 637-2689
Email: danielle.marryshow@usdoj.gov

*Counsel for Defendant*


SO ORDERED.

Hon. Alvin K. Hellerstein
U.S. District Judge

3-18-26
Date

2